Form 8
(10/05)

## UNITED STATES BANKRUPTCY COURT
### District of Arizona

In re: **Aaron Sluder**
Debtor

Case No. **4-10-bk-5283-JMM**
Chapter **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☑ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| | Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|---|
| 1. | Lease - 2006 Acura TL | Bank of the West | | | | X |
| 2. | 2002 Toyota Land Crusier | Vantage West Credit Union | | | | X |
| 3. | Debtor's Residence 7400 S. Climbing Ivy Dr. Tucson, AZ 85757 | Wells Fargo | X | | | |
| 4. | Debtor's Residence 7400 S. Climbing Ivy Dr. Tucson, AZ 85757 | Wells Fargo Equity | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| None | | |

Date: 4-9-10

Signature of Debtor